## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| Loretta Aqeel,<br><br>   Plaintiff,<br><br>vs.<br><br>Our Common Welfare, Inc. And Patricia Brown,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>NO. 1:05-cv-2546-ODE |

### J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, upon plaintiff's notice of acceptance of remittitur, and the court having directed that the judgment be amended to reflect the remittitur, it is

**Ordered and Adjudged** that the plaintiff recovers from the defendants the sum of $283,942.00 in compensatory and punitive damages, $66,645.00 in attorney's fees, interest as provided by law and costs of this action.

Dated at Atlanta, Georgia, this 7th day of December, 2007.

                                                            JAMES N. HATTEN
                                                            CLERK OF COURT


                                              By:  s/Frances M. McNulty
                                                   Frances M. McNulty, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   December 7, 2007
James N. Hatten
Clerk of Court

By: s/Frances M. McNulty
        Deputy Clerk